# IN THE SUPREME COURT OF THE STATE OF NEVADA

GUILLERMINA DAMIAN, AN
INDIVIDUAL,

Appellant,

vs.

ROBERT LEE LANCELOT, AN
INDIVIDUAL; AND JUDITH E.
LANCELOT, AN INDIVIDUAL,

Respondents.

No. 80622

FILED

FEB 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The "stipulation" filed by appellant is construed as appellant's motion for a voluntary dismissal of this appeal, and, cause appearing, the motion is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Kathleen E. Delaney, District Judge
Janet Trost, Settlement Judge
HLC Legal Ltd.
Sylvester & Polednak, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-03835